| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
|   | Telephone: (559) 487-5561 |

Attorney for Defendant
STEVEN MICHAEL PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00071 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS |
|   | ) | CONFERENCE HEARING; ORDER THEREON |
| v. | ) |   |
|   | ) | Date: August 28, 2006 |
| STEVEN MICHAEL PERRY, Et al., | ) | Time: 9:00 A.M. |
|   | ) | Judge: Hon. Oliver W. Wanger |
| Defendants. | ) |   |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel **that the status conference hearing now set for July 17, 2006, may be continued to August 28, 2006, at 9:00 A.M.**

This continuance is sought by counsel for defendant Perry to allow her additional time for defense preparation and time for plea negotiation.

///
///
///
///
///
///
///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 13, 2006       By:   /s/ Virna L. Santos
                                 VIRNA L. SANTOS
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

                                 DANIEL J. BRODERICK
                                 Federal Defender

DATED: July 13, 2006       By   /s/ Ann H. Voris
                                 ANN H. VORIS
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 STEVEN MICHAEL PERRY

DATED: July 13, 2006            /s/ David A. Torres
                                 DAVID A. TORRES
                                 Attorney for Defendant
                                 CARLOS JUAN GONZALES

DATED: July 13, 2006            /s/ Daniel L. Harralson
                                 DANIEL L. HARRALSON
                                 Attorney for Defendant
                                 JUANITA MARIA WATERS

**O R D E R**

**IT IS SO ORDERED.**   Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing; [Proposed] Order Thereon                -2-