JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN MICHAEL PERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-00071 LJO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| STEVEN MICHAEL PERRY, | |
| Defendant. | Date:   April 30, 2013 |
| | Time:   2:30 p.m. |
| | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for March 26,  2013 at 2:30 p.m.,

**may be continued to April 30, 2013 at 2:30 p.m. before Magistrate Judge Jennifer L. Thurston.**

This continuance is at the request of counsel for defendant Steven Perry who lives in Bishop,

California, several hours from court, and is suffering from end stage cardiomyopathy, is likely to undergo

heart surgery and has been advised not to travel.  This continuance will conserve time and resources for

both parties and the court.

/ / /

/ / /

1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED:  March 20 2013                    By:     /s/ Laurel J. Montoya
                                                 LAUREL J. MONTOYA
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

                                                 JOSEPH SCHLESINGER
                                                 Acting Federal Defender

DATED:  March 20, 2013                   By:     /s/ Ann H. McGlenon
                                                 ANN H. MCGLENON
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 STEVEN MICHAEL PERRY


## O R D E R

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS** the hearing ) on the petition alleging violation of the supervised release (Doc. 75) is continued to **April 30, 2013 at 2:30 p.m.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **March 20, 2013**                            /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE