IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>STEVEN MICHAEL PERRY,<br><br>    Defendant. | No. 1:06-CR-00071 LJO<br><br>ORDER OF RELEASE |

The above named defendant has admitted to Charge 1 of the violation petition signed on 1/18/2013. Sentencing is scheduled for August 12, 2013 at 8:30am. All parties are in agreement for the defendant to reside at Westcare pending sentencing,

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, July 23, 2013 to Probation Officer Hill and he will transport Steven Michael Perry to Westcare Residential Drug Treatment Program.

IT IS SO ORDERED.

**Dated:   July 19, 2013**          /s/  Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE